UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 05 CR 765 |
| v. | ) | |
| | ) | Judge David H. Coar |
| ANTONIO FIASCHE | ) | |

AGREED PROTECTIVE ORDER RELATING TO
THE PROCEEDS FROM THE SALE OF THE REAL PROPERTY
COMMONLY KNOWN AS 4738 NORTH MARIA COURT, CHICAGO, ILLINOIS

This matter comes before this Court on motion of the United States for a protective order relating to the proceeds from the sale of the real property commonly known as 4738 N. Maria Court, Chicago, Illinois pursuant to Title 21, United States Code, Section 853(e), and this Court fully advised finds as follows:

(a) On October 25, 2005, an indictment was returned charging defendant ANTONIO FIASCHE with violations of the Controlled Substances Act pursuant to the provisions 21 U.S.C. §§ 841(a)(1) and 846;

(b) The indictment sought forfeiture to the United States of specific property pursuant to the provisions of 21 U.S.C. § 853(a)(1) and (2);

(c) On September 7, 2006, pursuant to Fed. R. Crim. P. 11, defendant ANTONIO FIASCHE entered a voluntary plea of guilty to Count One of the indictment;

(d) Pursuant to the terms of the plea agreement and as a result of his violation of 21 U.S.C. § 846, defendant ANTONIO FIASCHE agreed that the following property is subject to forfeiture pursuant to the provisions of 21 U.S.C. § 853(a)(1) and (2). The property subject to forfeiture includes but is not limited to:

1. $61,916 in United States currency, representing the estimated proceeds of narcotics distribution;

2. one 2002 Lexus GS 430, VIN: JT8BL69S320010918; and

3. the real property commonly known as 4738 N. Maria Court, Chicago, Illinois and legally described as follows:

> LOT 1 IN DAVID J. CAHILL'S THIRD ADDITION TO CHICAGO, BEING A SUBDIVISION OF PART OF THE EAST ½ OF THE NORTHWEST 1/4 OF SECTION 14, TOWNSHIP 40 NORTH, RANGE 12, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF REGISTERED IN THE OFFICE OF THE REGISTRAR OF TITLES OF COOK COUNTY, ILLINOIS ON JUNE 3, 1976 AS DOCUMENT NUMBER 2873350 AND ACCORDING TO THE CERTIFICATE OF CORRECTION REGISTERED IN THE OFFICE OF THE REGISTRAR OF TITLES OF COOK COUNTY, ILLINOIS OF OCTOBER 12, 1976 AS DOCUMENT 2899368, IN COOK COUNTY, ILLINOIS.

Permanent Real Estate Index Number: 12-14-126-009-0000.

(e) To preserve its interest in the Maria Court property, after the indictment was returned, the United States recorded a *lis pendens* with the Cook County Recorder of Deeds Office;

(f) On December 12, 2006, this Court entered a preliminary order of forfeiture forfeiting any interest defendant ANTONIO FIASCHE had in the foregoing property and directing the United States Marshal to seize and take custody of the property. Further, the United States Marshal was ordered to publish notice of the United States' intention to forfeit the foregoing property and to dispose of the property according to law;

(g) Failure to take the proposed action, in all probability, will result in economic damage and may affect the value of the real property, jeopardizing the availability of any equity in the real property, thus making the property or proceeds from the sale unavailable for forfeiture;

(h) Pursuant to 21 U.S.C. § 853, this Court has jurisdiction to enter orders or take other action to preserve and to protect property to insure that the property will be available for forfeiture in the event of conviction;

(i) Specifically, 21 U.S.C. § 853(e)(1) provides in pertinent part:

Upon application of the United States, the Court may enter a restraining order or injunction, require the execution of a satisfactory performance bond, or take any other action to preserve the availability of property described in subsection (a) of this section for forfeiture under this section -

> (A) upon the filing of an indictment or information charging a violation of this subchapter or subchapter II of this chapter for which criminal forfeiture may be ordered under this section and alleging that the property with respect to which the order is sought would, in the event of conviction, be subject to forfeiture under this section.

(j) In the event that the Maria Court property is sold, pursuant to the terms of the contract, to preserve the availability of the proceeds of the sale, the United States requests that, after an approved accounting and the payment of certain costs, namely, the above-described mortgage, attorney's fees, the real estate broker's commission and real estate taxes, the remaining proceeds shall be held in escrow by the United States Marshal pending further order of this Court;

(k) Failure to take the proposed action, in all probability, will result in economic damage and may affect the value of the real property, and jeopardize the availability of any equity in the real property, thus making the property or proceeds from the sale unavailable for forfeiture.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1. That, the government's motion for the entry of a protective order directing the proceeds from the sale of the property commonly known as 4738 N. Maria Court, Chicago, Illinois, be held in escrow, pursuant to the pursuant to the provisions of 21 U.S.C. § 853(e)(1); it is further ordered,

2. That, upon satisfaction of certain costs, namely, the mortgage, attorney's fees, the real estate broker's commission and real estate taxes, and the transfer of the proceeds to the United States Marshal, the lis pendens notice shall be released; it is further ordered,

3. That, $50,000 of the proceeds from the sale of the real property commonly known as 4738 N. Maria Court, Chicago, Illinois, shall be retained in an escrow account by the United States Marshal pending further order of this Court; it is further ordered,

4. That, should defendant ANTONIO FIASCHE prevail on his appeal the funds in the amount of $50,000 shall be returned to the defendant's attorney Steven Greenberg, it is further ordered,

5. That, this Court shall retain jurisdiction in this matter to take additional action and enter further orders as necessary to implement and enforce this protective order.

DAVID H. COAR
United States District Judge

DATED: January 2Y, 2008